FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

IRAIS V.,

　　　　　Plaintiff,

　　　　　v.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL
SECURITY,

　　　　　Defendant.

No.  1:26-CV-03031-ACE

ORDER GRANTING STIPULATED
MOTION FOR REMAND
PURSUANT TO SENTENCE FOUR
OF 42 U.S.C. § 405(g)

**ECF Nos. 12 & 10**

　　　**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 12. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Katherine Bennett Watson represents Defendant.  After considering the file and proposed order, **IT IS ORDERED:**

　　　1.　　The parties' Stipulated Motion for Remand, **ECF No. 12**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).  The Appeals Council will instruct the Administrative Law Judge on remand to:  (1) evaluate the supportability and consistency of the forms assessing Plaintiff's limitations for the Department of Health and Human Services pursuant to 20 C.F.R. §§ 404.1520c, 416.920c;

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

(2) offer Plaintiff an opportunity for a new hearing; (3) reevaluate the opinion and testimonial evidence; (4) take any further action to complete the administrative record; and (5) issue a new decision.

    2.    **Judgment shall be entered for PLAINTIFF**.

    3.    Plaintiff's Opening Brief, **ECF No. 10**, is **STRICKEN AS MOOT**.

    4.    An application for attorney fees and costs may be filed by separate motion.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED June 5, 2026.



_____

ALEXANDER C. EKSTROM

UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2